# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JEFFREY MCFARLAND,

                Plaintiff,                    20 **CIVIL** 8551 (DCF)

      -v-                            **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated September 28, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           September 28, 2021

                                                        **RUBY J. KRAJICK**

                                                        _____
                                                         **Clerk of Court**
                             **BY:**    K. Mango
                                                        _____
                                                             **Deputy Clerk**